

# NUMBER 13-15-00532-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

AHMAD RASHEED,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

## On appeal from the 377th District Court
## of Victoria County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion Per Curiam**

Appellant, Ahmad Rasheed, attempted to perfect an appeal from convictions for murder and deadly conduct. However, in 2008, we affirmed these convictions, and thereafter, appellant sought and obtained permission to file out-of-time petitions for discretionary review based on counsel's failure to timely notify appellant that his convictions had been affirmed. See Ex Parte Rasheed, Nos. AP-76,686 & AP-76,687,

2011 WL 5578942, at *1 (Tex. Crim. App. Nov. 9, 2011) (not designated for publication). Through this current appeal, appellant continues to attack the previously-mentioned convictions.

Jurisdiction to grant post-conviction habeas corpus relief in felony cases rests exclusively with the Texas Court of Criminal Appeals. TEX. CODE CRIM. PROC. ANN. art. 11.07, § 5 (West, Westlaw through 2015 R.S.); *Bd. of Pardons & Paroles ex rel. Keene v. Ct. of Apps. for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re McAfee*, 53 S.W .3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Therefore, this appeal is DISMISSED for want of jurisdiction.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
19th day of November, 2015.